UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AARON LEVI SHAW,

    Plaintiff,

v.                                                                        Case No: 8:22-cv-2607-CEH-JSS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

On February 14, 2023, the court directed Plaintiff to show cause in writing why the case should not be dismissed for lack of prosecution due to Plaintiff's failure to pay the filing fee or move to proceed *in forma pauperis*. (Dkt. 7.) In response, Plaintiff has submitted an Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 8), which the court construes as a motion to proceed *in forma pauperis*. Upon consideration, the Order to Show Cause (Dkt. 7) is **DISCHARGED** and a ruling on Plaintiff's Motion to Proceed *in Forma Pauperis* (Dkt. 8) is **DEFERRED** pending resolution of Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment (Dkt. 6).

Accordingly, Plaintiff is **DIRECTED** to file a response to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment (Dkt. 6) **on or before March**

**10, 2023**. Should Plaintiff fail to respond in a timely manner, Defendant's motion (Dkt. 6) is subject to being granted as unopposed.[1]  See M.D. Fla. Local R. 3.01(c).

**ORDERED** in Tampa, Florida on March 3, 2023.

```
                                    _____
                                           JULIE S. SNEED
                                    UNITED STATES MAGISTRATE JUDGE
```

Copies furnished to:
Counsel of Record
Unrepresented Parties

---

[1] To the extent Plaintiff intends to continue representing himself in this matter, he is advised that all litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure," regardless of whether the litigant is represented by an attorney.  *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989).